NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000020
27-OCT-2011
09:09 AM

NO. CAAP-10-0000020

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
ALBERT G. ARANETA, JR., also known as Chico,
Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CR. NO. 09-1-0009)

ORDER OF CORRECTION
(By:  Fujise, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order of the court, entered on October 11, 2011, is corrected as follows:  every instance of "circuit court" in the Summary Disposition Order is replaced with "family court."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawai'i, October 27, 2011.

FOR THE COURT:

Associate Judge

---

[1]     Fujise, Presiding Judge, Leonard and Reifurth, JJ.